Cyrus Safa
Attorney at Law: 13241
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
AMANDA K. JOHNSON

Leonard Stone
Attorney at Law: 5791
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702)385-2220
Fax: (702)384-0394
E-mail: kshonfeld@shookandstone.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA K. JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:18-cv-00621-RFB-CWH <br><br> STIPULATION TO EXTEND TIME TO FILE MOTION FOR REMAND/REVERSAL <br><br> (FIRST REQUEST) |

Plaintiff Amanda K. Johnson and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from September 7, 2018 to November 16, 2018 for Plaintiff to file a Motion for Remand/Reversal, with all

-1-

1 | other dates in the Court's Order Concerning Review of Social Security Cases
2 | extended accordingly. This request is made at the request of Plaintiff's counsel due
3 | to an abnormally heavy motion caseload and hearing travel schedule in the
4 | upcoming weeks.  Counsel has taken internal measures to decrease its caseload to
5 | ensure this type of request is not needed in the future.  Plaintiff request additional
6 | time to fully research the issues presented.

Counsel sincerely apologizes to the court and its staff for any inconvenience this may have had.

DATE: September 7, 2018                     Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Amanda K. Johnson


DATE:  September   , 2018
DAYLE ELIESON
United States Attorney


/s/ *Tina Naicker*

BY: _____
Tina Naicker
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|


DATED:  September 11, 2018

IT IS SO ORDERED:  _____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE 2:18-CV-00621-RFB-CWH**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on September 7, 2018

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*

_____

Cyrus Safa
Attorneys for Plaintiff