1 Cyrus Safa
Attorney at Law: 13241
2 12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel: (562)437-7006
4 Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
5

6
Attorneys for Plaintiff
7 AMANDA JOHNSON

8 **UNITED STATES DISTRICT COURT**

9 **DISTRICT OF NEVADA**

10

| | |
|---|---|
| AMANDA JOHNSON ) | Case No.: 2:18-cv-0621-RFB-CWH |
| ) | |
| Plaintiff, ) | UNOPPOSED REQUEST TO |
| v. ) | MODIFY BRIEFING SCHEDULE |
| ) | AND EXCUSE LATE FILING OF |
| NANCY A. BERRYHILL, Acting ) | PLAINTIFF'S MOTION FOR |
| Commissioner of Social Security. ) | REVERSAL AND/OR REMAND |
| ) | |
| Defendant. ) | |

Plaintiff Amanda Johnson, through her undersigned attorney, requests, subject to this court's approval, to extend the time from November 16, 2018 to November 20, 2018, for Plaintiff to file Plaintiff's motion for reversal and/or remand, that Defendant shall have until December 21, 2018, to file her opposition.

A modification of the prior agreed upon schedule is needed in order to present the issues in the administrative record and due to Counsel assigned to this matter having a brief illness which caused the delay in filing.

///

Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff. This is Plaintiff's second request for an extension. Counsel for defendant does not oppose the request.

DATE: November 20, 2018  Respectfully submitted,
LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Ms. AMANDA JOHNSON

DATED: November 21, 2018

IT IS SO ORDERED: _____
UNITED STATES MAGISTRATE JUDGE