AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

AMANDA K. JOHNSON,

          Plaintiff,

v.

ANDREW M. SAUL,
Commissioner of Social Security,

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:18-cv-00621-RFB-CWH

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

in favor of Amanda K Johnson against Andrew M. Saul. IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Amanda K. Johnson be awarded attorney fees and expenses in the amount of THREE THOUSAND NINE HUNDRED dollars ($3,900.00).

4/11/2022
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk